IRMA LEIGH EARL, petitioner and respondent,

*v.*

BINNEY WOODWARD EARL, appellant and defendant.

[Submitted March 23d, 1914.   Decided June 18th, 1914.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Lewis, whose opinion is reported in *81 N. J. Eq. 444.*

*Mr. Theodore Backes,* for the petitioner and respondent.

*Messrs. Gaskill & Gaskill,* for the appellant and defendant.

PER CURIAM.

A consideration of the proofs in this cause satisfies us of the soundness of the conclusion reached by the vice-chancellor. The decree under review will be affirmed.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, WHITE, HEPPENHEIMER—12.

*For reversal*—None.